UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES INC, | No. C-11-03481 (DMR) |
| Plaintiff, | **ORDER RE E-FILING AND LEVYING SANCTIONS AGAINST PLAINTIFF'S COUNSEL** |
| v. | |
| MAOR AMAR, | |
| Defendant. | |

Plaintiff filed this suit on July 15, 2011. When doing so, however, it failed to e-file its complaint, in violation of Local Rule 5-4 and General Order 45 of the Court. [*See* Docket No. 1.] On August 5, 2011, the Court issued a clerk's notice to Plaintiff alerting Plaintiff to this violation and gave Plaintiff ten days to remedy the error. [Docket No. 5.] Plaintiff did not e-file its complaint. On August 19, 2011, the court ordered Plaintiff to e-file its complaint by no later than August 29, 2011 or else possibly face sanctions. [Docket No. 6.] Plaintiff again failed to comply. On September 15, 2011, the court issued an order to show cause why Plaintiff should not be sanctioned for its repeated failure to comply with Court orders and gave Plaintiff four days to respond. [Docket No. 8.] Plaintiff did not respond.

The court therefore ORDERS Plaintiff to e-file its complaint by September 26, 2011. If Plaintiff fails to comply, Plaintiff's counsel shall be sanctioned $100 a day until Plaintiff e-files the complaint. *See Johnson v. Great W. Funding*, No. 09-2301 PJH, 2009 WL 4723364 (N.D. Cal. Dec.

4, 2009); *Apollo v. Concentra Managed Care, Inc.*, No. 04-1242 CW, 2005 WL 672444 (N.D. Cal. Mar. 23, 2005).

IT IS SO ORDERED.

Dated: September 20, 2011

DONNA M. RYU
United States Magistrate Judge

2