IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES, INC., | |
| Plaintiff, | No. C 11-03481 JSW |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE** |
| MAOR AMAR, | |
| Defendant. | |

This matter comes before the Court upon consideration of the Report and Recommendation, issued by Magistrate Judge Ryu, in which Judge Ryu recommends that this case be dismissed without prejudice for failure to prosecute. (Docket No. 13.) Plaintiff has failed to file any objections to the Report. Accordingly, the matter is ripe for consideration.

The Court finds Judge Ryu's report to be thorough and well reasoned and adopts it in every respect. Accordingly, this case is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE